ESTHER A. RECORD, Respondent, *v.* THE VILLAGE OF SARATOGA SPRINGS, Appellant.

(Argued April 14, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 13, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edgar T. Brackett* for appellant.

*Charles M. Davison* for respondent.

Agree to affirm ; no opinion.
All concur, except PARKER, J., not sitting.
Judgment affirmed.